IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| LESLIE B. LAMPTON | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:09cv324-DPJ-JCS |
| OLIVER E. DIAZ, JR. and<br>JENNIFER DIAZ | DEFENDANTS |
| VS. | |
| LESLIE LAMPTON, DUNNICA<br>LAMPTON, DARLENE BALLARD,<br>and JOHN DOES 1-15, in their<br>personal and individual capacities | THIRD-PARTY-DEFENDANTS |

## **ORDER**

This removed action is before the court on the unopposed *ore tenus* motion of Defendant Dunnica Lampton to allow the state court record, annexed as Exhibit A to the Notice of Removal, to be filed under seal. The motion is hereby granted. The Clerk is directed to accept for filing under seal Exhibit A to the Notice of Removal.

This sealing is ordered solely for the purpose of allowing movant to file a timely notice of removal and shall remain in effect while the court considers the whether good cause has been shown for allowing any portion of the state court record to remain under seal. Movant is directed to file, within five days of entry of this order, a motion requesting that Exhibit A to the Notice of Removal, or portions thereof, remain sealed and addressing the issue of good cause. Movant shall also provide the undersigned with a copy of Exhibit A. Any other party may

join in the motion or oppose the motion within five days of its filing.  All such motions, briefs, and responses may be filed under seal.

    SO ORDERED this the 4th day of June, 2009.

                                      /s/ James C. Sumner
                                      UNITED STATES MAGISTRATE JUDGE